PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| CASE NUMBER *(Tran. Court)* | 2:99CR00428-03 |
| CASE NUMBER *(Rec. Court)* | 04-10055 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Amos Ojeda-Lopez<br>671 Washington Street<br>Boston, MA 02124-3512. | Eastern District of Pennsylvania | Philadelphia |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Eduardo C. Robreno | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10-31-03    TO 10-30-08 |

**OFFENSE**

Conspiracy to distribute more than 500 grams of cocaine, possession with intent to distribute more than 500 grams of cocaine.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12/8/03
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Massachusetts

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

February 13, 2004
*Effective Date*

*United States District Judge*