

March 1, 2004

U.S. District Court
DISTRICT OF MASSACHUSETTS
2300 U.S. COURTHOUSE
1 COURTHOUSE WAY
BOSTON, MA. 02210-3002

        RE:    USA v. AMOS OJEDA-LOPEZ
                  2:99-CR-428-3 YOUR NUMBER 04-10055

ATTENTION CLERK:

    Pursuant to TRANSFER OF JURISDICTION, we herewith enclose a certified copy of the following;

        INDICTMENT
        JUDGMENTD
        DOCKET SHEET

    Kindly acknowledge receipt on the copy of the letter provided.

                            Very truly yours,

                            MICHAEL E. KUNZ
                            Clerk of Court

                            By:_____
                            KEVIN EIBEL, Deputy Clerk

c:

Received above material or record file this      day of      , 20  .

                            Signature: _____

                            Date: _____