AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Amos Ojeda-Lopez

**WARRANT FOR ARREST**

CASE NUMBER: CR04-10055

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Amos Ojeda-Lopez___
<sub>Name</sub>

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☒ Probation Violation Petition

charging him or her with (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____

Dennis O'Leary
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

8/18/04  Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY Arrested at Probation BY ARREST/ARRAIGNMENT OF THE DEFENDANT |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER 8/23/04 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |